IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION, _____/ *This document relates to:* Joe Bynum, Individually and as Representative of the Estate of Glenda Marie Bynum CRB 06-2862 _____/ | CASE NO. 05-1699 CRB<br><br>MDL No. 1699 CRB<br><br>**ORDER GRANTING LEAVE TO FILE MOTION FOR RELIEF FROM JUDGMENT** |

Plaintiff's Motion for Leave to File a Motion for Relief from Judgment is GRANTED. Defendants shall file a response to the motion on or before December 23, 2008. The Court will take the matter under submission at that time.

**IT IS SO ORDERED.**

Dated: December 16, 2008

_____
CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2005\1699\ordersmisc\ordergrantingleave06.2862.wpd