PLAINTIFFS' FIRM INFORMATION

The Monsour Law Firm
404 North Green Street
Longview, Texas 75606
Telephone (903) 758-5757
Facsimile (903) 230-5010

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 3:06-2862<br><br>MDL No. 1699<br>District Judge: Charles R. Breyer |
| PAULINE BOTKIN<br>RICHARD A. CLARKE, JR.<br>DANNY CROSSLIN<br>LAWANNA FERGUSON<br>BOBBIE F. HINEY, Individually and<br>    as Representative of the Estate<br>    of Jesse D. Hiney, Deceased;<br>    WADE HINEY<br>CYNTHIA KOONTZ, Individually<br>    and as Representative of the Estate<br>    of Samuel D. Koontz, Deceased;<br>    PHILLIP ANDREW KOONTZ;<br>    PRISCILLA ASHLEY KOONTZ<br>HAVEN L. McCLAREN<br>CLARA M. PAGE, Individually and<br>    as Representative of the Estate of<br>    Walter Page, Sr., Deceased;<br>    PHYLLIS PAGE HAMILTON;<br>    DEBBIE PAGE BROWN;<br>    MICHAEL PAGE; STACY PAGE<br>DOROTHY SHAW<br><br>v.<br><br>PFIZER, INC. and PHARMACIA & UPJOHN COMPANY, L.L.C. | STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE |

Come now the Plaintiffs PAULINE BOTKIN, RICHARD A. CLARKE, JR., DANNY CROSSLIN, LAWANNA FERGUSON, BOBBIE F. HINEY, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF JESSE D. HINEY, DECEASED, WADE HINEY, CYNTHIA KOONTZ, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF SAMUEL D. KOONTZ, DECEASED, PHILLIP ANDREW KOONTZ, PRISCILLA ASHLEY KOONTZ, HAVEN L. MCCLAREN, CLARA M. PAGE, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF WALTER PAGE, SR., DECEASED, PHYLLIS PAGE HAMILTON, DEBBIE PAGE BROWN, MICHAEL PAGE, STACY PAGE AND DOROTHY SHAW and Defendants by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure 41(a) hereby stipulate to the dismissal of this action **with prejudice** with each side bearing its own attorneys' fees and costs.

Dated ___5/11/09___, 2009.

**THE MONSOUR LAW FIRM**
404 North Green Street
Longview, Texas 75606
(903) 758-5757
(903) 230-5010 (Facsimile)

By: _____
Douglas Q. Monsour

*Attorney for Plaintiffs*

DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 335-4500
Facsimile: (212) 335-4501

By: _____
Michelle W. Sadowsky

*Attorneys for Defendants*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: _____June 16, 2009_____



Hon. Charles R. Breyer
United States District Judge