1

2
Attorneys for Plaintiff John D. Sloan, Jr.
3   SLOAN, BAGLEY, HATCHER & PERRY LAW FIRM
101 E. Whaley Street
4   P.O. Drawer 2909
Longview, Texas 75606
5

6

7

8

9                       UNITED STATES DISTRICT COURT

10                      NORTHERN DISTRICT OF CALIFORNIA

11

12

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | CASE NO. M:05-CV-01699-CRB  2862<br>MDL NO. 06-2962 CRB<br>District Judge: Charles R. Breyer |
| Pauline Botkin, et al,<br><br>                    Plaintiff,<br><br>          vs.<br><br>Pfizer Inc, et al.,<br>                    Defendants. | STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE |

Come now the Plaintiffs, Joe Bynum, Individually and as Representative of the Estate of Glenda Marie Bynum, deceased; David Payne, and Paul Bynum and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action with prejudice with each side bearing its own attorneys' fees and costs.

DATED: September 30, 2009        By: /s/ John D. Sloan, Jr.
                                 SLOAN, BAGLEY, HATCHER & PERRY LAW FIRM

-1-

```
                        101 E. Whaley Street
                        P.O. Drawer 2909
                        101 E. Whaley Street
                        Longview, Texas 75606
                        Attorney for Plaintiffs
```

DATED: Nov. 9, 2009      By: _____

                        DLA PIPER LLP (US)
                        1251 Avenue of the Americas
                        New York, NY 10020
                        Telephone: (212) 335-4500
                        Facsimile: (212) 335-4501
                        *Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: NOV 1 3 2009

_____
Hon. Charles R. Breyer
United States District Court

-2-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE